# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of confinement each of the following named persons is now serving to expire on **April 20, 2024**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. The following persons are recipients of this grant:

| | |
|---|---|
| **Felipe Arriaga** | Reg. No. 12941-085 |
| **Earlie Deacon Barber** | Reg. No. 07144-017 |
| **Anthony Ewing** | Reg. No. 65450-019 |
| **Angel Rosario** | Reg. No. 67814-066 |
| **Esaias J. Tucker** | Reg. No. 21683-017 |
| **Darryl Allen Winkfield** | Reg. No. 09725-021 |

I hereby commute the total sentence of confinement each of the following named persons is now serving to expire on **February 20, 2024**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. By this grant, I intend that each of these persons shall remain on home confinement until **February 20, 2024**. Nothing in this grant should be presumed to interfere with or supersede the Bureau of Prisons' authority to oversee each person's confinement, and each person shall remain subject to all disciplinary rules—including punishment up to and including removal from home confinement for cause—for the violation of those rules. The following persons are recipients of this grant:

| | |
|---|---|
| **James Michael Barber** | Reg. No. 28758-058 |
| **Quittman Andre Goodley** | Reg. No. 88087-280 |
| **Kenneth Winkler** | Reg. No. 10242-028 |

I hereby further commute the total sentence of imprisonment imposed upon **Deondre Cordell Higgins**, Reg. No. 21239-045, to a term of **300 months' imprisonment**, leaving intact and in effect all other components of his sentence. I also direct the Bureau of Prisons to place the said **Deondre Cordell Higgins**, Reg. No. 21239-045, on prerelease custody during the final two years of his incarceration, to the maximum extent permitted by law.

I hereby further commute the total sentence of imprisonment imposed upon **Leroy Lymons**, Reg. No. 21317-017, to a term of **324 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this 22nd day of December in the year of our Lord Two Thousand and Twenty-three and of the Independence of the United States the Two Hundred and Forty-eighth.*

**JOSEPH R. BIDEN JR.**
**President**